*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

DRACO LEE JONES,

        Defendant-Appellant.

UNPUBLISHED
February 7, 2019

No. 339435
Wayne Circuit Court
LC No. 16-010260-01-FC

Before: MURRAY, C.J., and SERVITTO and SHAPIRO, JJ.

MURRAY, C.J. (*concurring*).

I fully concur in the analysis and conclusions contained within the majority opinion. I write separately merely to point out that this case exemplifies why use of the phrase "prosecutorial misconduct" is not appropriate for all cases. Here, as adequately explained in the majority opinion, defendant asserts that the prosecutor engaged in "misconduct" by committing certain errors in the attempt to admit evidence (errors which, of course, did not actually occur). The technical or inadvertent errors like those asserted here are more properly denoted as prosecutorial error, as opposed to prosecutorial misconduct. See *People v Cooper*, 309 Mich App 74, 87-88; 867 NW2d 452 (2015); *People v Bosca*, 310 Mich App 1, 25 n 8; 871 NW2d 307 (2015); *People v Jackson*, 313 Mich App 409, 425 n 4; 884 NW2d 297 (2015); *People v Urban*, 321 Mich App 198, 211 n 3; 908 NW2d 564 (2017). Thus, other than its failure to utilize the phrase "prosecutorial error," I fully concur in the majority's opinion.

/s/ Christopher M. Murray